FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLAY V. HAYNES,<br><br>          Plaintiff,<br><br>     v.<br><br>DEPT OF CORRECTION WASHINGTON STATE and TRANSPORT BUS SGT,<br><br>          Defendants. | No.   4:22-CV-5068-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is *pro se* Plaintiff Clay Haynes's Motion to Dismiss Without Service. ECF No. 7. Defendants have not been served in this action. Accordingly, **IT IS ORDERED** that Plaintiff's Motion, **ECF No. 7**, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a).

Plaintiff has also filed a Motion to Stop Collections for the Fees Associated, requesting that collection of the remaining balance of the filing fee in this action be

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 1

waived. ECF No. 8. However, there has been no order directing the collection of the filing fee in this case.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Dismiss Without Service, **ECF No. 7**, is **GRANTED**.

2. All claims are **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff's Motion to Stop Collections for the Fees Associated, **ECF No. 8**, is **DENIED** as moot.

4. Plaintiff's Motion to Appoint Counsel, **ECF No. 4**, is **DENIED** as moot.

5. Plaintiff's Motion for a Preliminary Injunction, **ECF No. 5**, is **DENIED** as moot.

6. The Court certifies that any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order, enter judgment, provide a copy of this Order and the judgment to Plaintiff, and **close the file.**

**DATED** this 27th day of June 2022.

*Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 2